**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

**NORTHWESTERN DIVISION**

RECEIVED
BY MAIL
APR 02 2002
CLERK US DIST COURT
ST. PAUL, MN

LPP Mortgage Ltd. f/k/a/ Loan Participant Partners, Ltd., as Assignee of the Small Business Administration,

Plaintiff,

v.

KRAD, Inc.; Patricia A. Norman and David L. Norman; TCF National Bank, Minneapolis, Minnesota; Bremer Bank, N.A., formerly known as First American Bank, N.A.,

Defendants.

KRAD, Inc.; Patricia A. Norman and David L. Norman,

Third-Party Plaintiffs,

vs.

United States Small Business Administration,

Third-Party Defendant.

Civil No. 01-2014MJD/RLE

**ORDER GRANTING CONTINUANCE AND RESCHEDULING CONFERENCE**

A Motion and Brief in Support of Motion were filed on April 2, 2002, requesting the continuance of the Pretrial Conference scheduled for April 18, 2002. The Court has reviewed the Motion and Brief and hereby

ORDERS that the Motion for Continuance is GRANTED and the Pretrial Conference shall be continued to May 6, 2002, at 9:30 a.m., in Room 3, United States Courthouse, 515 West First Street, Duluth, Minnesota.

OLSON BURNS LEE, P.C.
P.O. Box 1180
Minot, ND 58702-1180



FILED APR 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

9

Dated: 4/4, 2002.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE