AO 85 (Rev. 7/91) Consent to Proceed

# UNITED STATES DISTRICT COURT

STATE AND District of MINNESOTA

LPP Mortgage, Ltd.
Plaintiff

v.

KRAD, Inc., et al.
Defendant

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

Case Number: 01-2014 MJD/RLE

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States district court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Date |
|---|---|
| [signature] | 5-8-02 |
| | |
| | |
| | |

Unless otherwise indicated below, any appeal shall be taken to the United States court of appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

## ELECTION OF APPEAL TO DISTRICT JUDGE

(DO NOT EXECUTE THIS PORTION OF THE FORM IF THE PARTIES DESIRE THAT THE APPEAL LIE DIRECTLY TO THE COURT OF APPEALS.)

The parties in this case further consent, by signing below, to take any appeal to a judge of the district court, in accordance with 28 U.S.C. 636(c)(4) and Fed.R.Civ.P. 73(d).

| | |
|---|---|
| | |
| | |
| | |
| | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Raymond L. Erickson, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

May 30, 2002 [signature]
Date United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO PROCEED BEFORE A MAGISTRATE JUDGE.

AO 85 (Rev. 7/91) Consent to Proceed

# NOTICE OF OPPORTUNITY TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE AND APPEAL OPTION

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, you are hereby notified that the United States magistrate judges of this district court, in addition to their other duties, may, upon the consent of all the parties in a civil case, conduct any or all proceedings in the case, including a jury or non-jury trial, and order the entry of a final judgment.

You should be aware that your decision to consent, or not to consent, to the referral of your case to a United States magistrate judge for disposition is entirely voluntary and should be indicated by counsel endorsing the attached consent form for the plaintiff(s) and defendant(s). If the form is executed by all counsel for the parties, it should be communicated solely to the clerk of the district court. ONLY if all the parties to the case consent to the reference to a magistrate judge will either the judge or magistrate judge to whom the case has been assigned be informed of your decision.

Your opportunity to have your case disposed of by a magistrate judge is subject to the calendar requirements of the court. Accordingly, the district judge to whom your case is assigned must approve the reference of the case to a magistrate judge for disposition.

In accordance with 28 U.S.C. §636(c)(3) and Fed.R.Civ.P. 73(c), an appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court. Alternatively, upon consent of all parties, an appeal from a judgment entered by a magistrate judge may be taken directly to a district judge in accordance with 28 U.S.C. §636(c)(4) and Fed.R.Civ.P. 73(d). Cases in which an appeal is taken to a district judge may be reviewed by the United States court of appeals for this circuit only by way of petition for leave to appeal.

Copies of the consent form are available from the clerk of the court.

AO 85 (Rev. 7/91) Consent to Proceed

# UNITED STATES DISTRICT COURT

STATE AND District of MINNESOTA

LLP Mortgage, Ltd.
Plaintiff

v.

KRAD, Inc., et al.
Defendant

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

Case Number: 01-2014 MJD/RLE

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States district court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Date |
| --- | --- |
| [signature] | 5-21-02 |
| | |
| | |
| | |

Unless otherwise indicated below, any appeal shall be taken to the United States court of appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

## ELECTION OF APPEAL TO DISTRICT JUDGE

(DO NOT EXECUTE THIS PORTION OF THE FORM IF THE PARTIES DESIRE THAT THE APPEAL LIE DIRECTLY TO THE COURT OF APPEALS.)

The parties in this case further consent, by signing below, to take any appeal to a judge of the district court, in accordance with 28 U.S.C. 636(c)(4) and Fed.R.Civ.P. 73(d).

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Raymond L. Erickson, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO PROCEED BEFORE A MAGISTRATE JUDGE.

Troy Eckholt [illegible]

AO 85 (Rev. 7/91) Consent to Proceed

# UNITED STATES DISTRICT COURT

District of

LPP Mortgage, Ltd.
Plaintiff

v.

KRAD, Inc., et al.
Defendant

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

Case Number: 01-2014 MJD/RLE

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States district court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Date |
|---|---|
| [signature] | 5/21/02 |
| | |
| | |
| | |

Unless otherwise indicated below, any appeal shall be taken to the United States court of appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

## ELECTION OF APPEAL TO DISTRICT JUDGE

(DO NOT EXECUTE THIS PORTION OF THE FORM IF THE PARTIES DESIRE THAT THE APPEAL LIE DIRECTLY TO THE COURT OF APPEALS.)

The parties in this case further consent, by signing below, to take any appeal to a judge of the district court, in accordance with 28 U.S.C. 636(c)(4) and Fed.R.Civ.P. 73(d).

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Raymond L. Erickson United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO PROCEED BEFORE A MAGISTRATE JUDGE.

AO 85 (Rev. 7/91) Consent to Proceed

# UNITED STATES DISTRICT COURT

District of Minnesota

LPP Mortgage, Ltd.
Plaintiff

v.

KRAD et al
Defendant

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

Case Number: 01-2014 MJD/RLE

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States district court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Date |
|---|---|
| Thomas W. Pahl | 5/20/02 |
| THOMAS W. PAHL | |
| Atty for TCF National Bank | |
| | |

Unless otherwise indicated below, any appeal shall be taken to the United States court of appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

## ELECTION OF APPEAL TO DISTRICT JUDGE

(DO NOT EXECUTE THIS PORTION OF THE FORM IF THE PARTIES DESIRE THAT THE APPEAL LIE DIRECTLY TO THE COURT OF APPEALS.)

The parties in this case further consent, by signing below, to take any appeal to a judge of the district court, in accordance with 28 U.S.C. 636(c)(4) and Fed.R.Civ.P. 73(d).

______________________________ __________

______________________________ __________

______________________________ __________

______________________________ __________

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable ____________________, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

__________ Date

______________________________ United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO PROCEED BEFORE A MAGISTRATE JUDGE.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
NORTHWESTERN DIVISION

---

LPP Mortgage Ltd. f/k/a/ Loan Participant Partners, Ltd. , as Assignee of the Small Business Administration,

Case No. 01-2014 MJD/RLE

Plaintiff,

Vs .

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE JUDGE AND ORDER OF REFERENCE

KRAD, Inc.; Patricia A. Norman and David L. Norman; TCF National Bank, Minneapolis, Minnesota; Bremer Bank, N.A., formerly known as First American Bank, N.A.,

Defendants.

KRAD, Inc.; Patricia A. Norman and David L. Norman;

Third-Party Plaintiff's

Vs.

United States Small Business Administration

Third-Party Defendant

---

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States district court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Date |
|---|---|
| [signature] Kevin T. Duffy | 5-22-02 |

Unless otherwise indicated below, any appeal shall be taken to the United States court of appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed. R. Civ. P. 73(c).

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

In connection with
The Federal Judiciary

## *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## *Featured Speakers Include:*

<u>District of Minnesota</u>

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

<u>United States Bankruptcy Court</u>
<u>District of Minnesota</u>

Judge Robert J. Kressel

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** *Judge Ann D. Montgomery* |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | **Current Issues in Employment Law,** *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; **Response by the Department of Justice --** *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** *Martin A. Cole (Lawyers Professional Responsibility Office)* |

## Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

Phone ______________________

E-Mail ______________________

Complete registration form and send with check payable to:

Minnesota Chapter, FBA
c/o Nancy Gustafson
Kelly & Berens, P.A.
Suite 3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building