# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MINNESOTA

## NORTHWESTERN DIVISION

| | |
|---|---|
| LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., as Assignee of the Small Business Administration,<br><br>Plaintiff,<br><br>vs.<br><br>KRAD, Inc.; Patricia A. Norman and David L. Norman; TCF National Bank, Minneapolis, Minnesota; Bremer Bank, N.A. f/k/a First American Bank, N.A.,<br><br>Defendants. | Civil No. 01-2014MJD/RLE |
| KRAD, Inc.; PATRICIA A . NORMAN AND DAVID L. NORMAN,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>Third-Party Defendant. | |

**STIPULATION AND ORDER GRANTING SUMMARY JUDGMENT TO DEFENDANT BREMER BANK, N.A. F/K/A FIRST AMERICAN BANK, NA**

WHEREAS, Defendant Bremer Bank,N.A. F/K/A First American Bank, NA (hereinafter Bremer Bank) has filed a motion for partial Summary Judgment dated May 21, 2002 and a memorandum of law and other pleadings filed in support thereof and a hearing on such motion having been scheduled for July 10, 2002; and

WHEREAS, plaintiff has filed a response to Bremer Bank's motion for partial summary judgment and has further filed a motion for stay of hearing on Bremer Bank's motion for partial summary judgment; and

36

FILED JUL 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the plaintiff and defendant Bremer Bank having resolved their differences and now stipulate and agree as follows:

(1) Plaintiff hereby withdraws its motion for stay of hearing on Bremer Bank's motion for partial summary judgment; and

(2) The Court may enter an order granting partial summary judgment in accordance with the terms and conditions of the proposed order attached hereto as Exhibit 1.

Dated this 9th day of July, A.D., 2002.

ALLEN J. FLATEN, MN ID #156814
Zimney, Foster, Johnson, Dittus & Flaten (Chatered)
Bremer Financial Center, Suite 200
3100 South Columbia Road, PO Box 13417
Grand Forks, ND 58208-3417
Phone: (701) 772-8111
Attorneys for

Olson Burns Lee, PC

Troy J. Eickhoff (MN 0264717)
Attorneys for plaintiff LPP, Mortgage LTD.
17 1st Avenue SE
PO Box 1180
Minot ND 58702-1180
701-839-1740

WHEREAS, the plaintiff and defendant Bremer Bank having resolved their differences and now stipulate and agree as follows:

(1) Plaintiff hereby withdraws its motion for stay of hearing on Bremer Bank's motion for partial summary judgment; and

(2) The Court may enter an order granting partial summary judgment in accordance with the terms and conditions of the proposed order attached hereto as Exhibit 1.

Dated this 9th day of July, A.D., 2002.

ALLEN J. FLATEN, MN ID #156814
Zimney, Foster, Johnson, Dittus & Flaten (Chatered)
Bremer Financial Center, Suite 200
3100 South Columbia Road, PO Box 13417
Grand Forks, ND 58208-3417
Phone: (701) 772-8111
Attorneys for

Olson Burns Lee, PC

Troy J. Eickhoff (MN 0264717)
Attorneys for plaintiff LPP, Mortgage LTD.
17 1st Avenue SE
PO Box 1180
Minot ND 58702-1180
701-839-1740