**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

**NORTHWESTERN DIVISION**

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., as Assignee of the Small Business Administration,

Plaintiff,

vs.

KRAD, Inc.; Patricia A. Norman and David L. Norman; TCF National Bank, Minneapolis, Minnesota; Bremer Bank, N.A. f/k/a First American Bank, N.A.,

Defendants.

Civil No. 01-2014MJD/RLE

KRAD, Inc.; PATRICIA A . NORMAN AND DAVID L. NORMAN,

Third-Party Plaintiffs,

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION,

Third-Party Defendant.

**ORDER GRANTING PARTIAL SUMMARY JUDGMENT**

Based upon the Motion for Summary Judgment of Defendant Bremer Bank, and all the files, records, proceedings in this matter, it is hereby

**ORDERED** that with respect to Defendant Bremer Bank; partial summary judgment is GRANTED as follows:

37

FILED JUL 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. That Plaintiff be entitled to prosecute to conclusion its action with regard to its liens on any and all Defendant KRAD, Inc.'s, Patricia A. Norman's and David L. Norman's property in which Bremer does not have a competing security interest.

2. That as to debtor's *equipment*, Bremer's perfected security interest in all such equipment is a superior and paramount lien relative to the inferior security interest position of Plaintiff.

3. That Plaintiff's alleged purchase money security interest is defective for the reasons stated in Bremer's Complaint and Memorandum of Law in Support of Partial Summary Judgment, and Plaintiff's purported purchase money security interest is relegated to a general security interest priority position regarding the equipment collateral, with Bremer superior to the position of Plaintiff on all such equipment.

4. That Bremer's reasonable statutory costs and disbursements are awarded.

Dated this 24th day of July, A.D., 2002.

Raymond L. Erickson

**RAYMOND L. ERICKSON**
**UNITED STATES MAGISTRATE JUDGE**