**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

**NORTHWESTERN DIVISION**

| | |
|---|---|
| LPP Mortgage Ltd. f/k/a/ Loan Participant Partners, Ltd., as Assignee of the Small Business Administration,<br><br>Plaintiff,<br><br>vs.<br><br>KRAD, Inc.; Patricia A. Norman and David L. Norman; TCF National Bank, Minneapolis, Minnesota; Bremer Bank, N.A., formerly known as First American Bank, N.A.,<br><br>Defendants.<br><br>KRAD, Inc.; Patricia A. Norman and David L. Norman,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>United States Small Business Administration,<br><br>Third-Party Defendant. | Civil No. 01-2014MJD/RLE<br><br>**ORDER FOR JUDGMENT OF DISMISSAL** |

The within Stipulation having been duly filed with the Court, and the Court having read the Stipulation and being duly advised in the premises, it is now, in accordance therewith,

ORDERED, ADJUDGED, AND DECREED that the Complaint in the above entitled action be, and the same is hereby dismissed, with prejudice, upon the merits and without costs to any of the parties.

LET JUDGMENT BE ENTERED in accordance with the attached form of Judgment, which is hereby approved.

OLSON BURNS LEE, P.C.
P.O. Box 1180
Minot, ND 58702-1180



FILED JAN 14 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 13rd day of January, 2003.

BY THE COURT:

Michael J. Davis

Judge of the District Court

LPP Mortgage Ltd., et al. v. Krad, et al., Civil No.: 01-2014 (MJD/RLE)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

**NORTHWESTERN DIVISION**

| | |
|---|---|
| LPP Mortgage Ltd. f/k/a/ Loan Participant Partners, Ltd., as Assignee of the Small Business Administration,<br><br>Plaintiff,<br><br>vs.<br><br>KRAD, Inc.; Patricia A. Norman and David L. Norman; TCF National Bank, Minneapolis, Minnesota; Bremer Bank, N.A., formerly known as First American Bank, N.A.,<br><br>Defendants.<br><br>KRAD, Inc.; Patricia A. Norman and David L. Norman,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>United States Small Business Administration,<br><br>Third-Party Defendant. | Civil No. 01-2014MJD/RLE<br><br>**STIPULATION FOR JUDGEMENT OF DISMISSAL** |

The above entitled action having been fully settled and compromised between the parties, IT IS HEREBY STIPULATED that the Complaint be and the same is hereby dismissed, with prejudice, and without costs to any of the parties.

IT IS FURTHER STIPULATED that the attached Order for Dismissal and Judgment of Dismissal may be entered by the District Of Minnesota, Northwestern Division, dismissing said Complaint with prejudice, and without costs to any of the parties, and that the form of said Judgment is hereby approved by the parties.

JAN 14 2004
[illegible], CLERK
JUDGMENT ENTD. JAN 14 2004
DEPUTY CLERK ______

OLSON BURNS LEE, P.C.
P.O. Box 1180
Minot, ND 58702-1180


330

Dated this 24 day of November, 2003.

OLSON BURNS LEE, P.C.

Richard P. Olson (N.D. ID#03183)
Attorneys for Plaintiff
17 First Avenue SE
P. O. Box 1180
Minot, ND 58702-1180
(701) 839-1740

Dated this 12 day of January, ~~2003~~. 2004

DUFFY LAW OFFICE

Kevin t. Duffy (MN ID# 134 600)
Attorney for KRAD, Inc.,
Patricia. Norman and David L. Norman
P.O. Box 715
Thief River Falls, MN 56701
(218) 681-8524